417 A.2d 763

Goodall v. Goodall, Appellant.

 Argued April 10,
1979. George K. Hanna, for appellant; Ralph C. Christenson, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.